UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYDNEY STEWART,<br><br>              Plaintiff,<br><br>       v.<br><br>SHAUN SETAREH AND SETAREH LAW FIRM,<br><br>              Defendants. | No.  2:25-cv-2698 DJC AC PS<br><br><br>ORDER |

      Plaintiff, proceeding pro se, filed the above-entitled action.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

      On September 24, 2025 the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within 21 days.  ECF No. 3.  Plaintiff has not filed objections to the findings and recommendations.

      The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

      1. The findings and recommendations filed September 24, 2025, are adopted in full; and

    2. Plaintiff's request to proceed in forma pauperis (ECF No. 2) is GRANTED but that the complaint (ECF No. 1) is DISMISSED for failure to state a claim upon which relief can be granted and for lack of federal jurisdiction, and that this case is closed.

IT IS SO ORDERED.

Dated: **November 7, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

Stew2698.800

2